# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-mj-10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| BAXTER HEALTHCARE ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Martin L. Brackett, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Mitchell J. Lazris. It appearing that Mitchell J. Lazris is a member in good standing with the State Bars of Washington DC and Virginia and will be appearing with Martin L. Brackett, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

# ORDER

IT IS, THEREFORE, ORDERED that Martin L. Brackett, Jr.'s Application for Admission to Practice Pro Hac Vice (#5) of Mitchell J. Lazris is

**GRANTED**, and that Mitchell J. Lazris is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Martin L. Brackett, Jr.

Signed: February 2, 2017

Dennis L. Howell
United States Magistrate Judge