# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-mj-10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| BAXTER HEALTHCARE ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Martin L. Brackett, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Michele W. Sartori. It appearing that Michele W. Sartori is a member in good standing with the State Bars of Washington DC and Maryland and will be appearing with Martin L. Brackett, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Martin L. Brackett, Jr.'s Application for Admission to Practice Pro Hac Vice (#6) of Michele W. Sartori

is **GRANTED**, and that Michele W. Sartori is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Martin L. Brackett, Jr.

Signed: February 2, 2017

*[signature]*

Dennis L. Howell
United States Magistrate Judge