# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 mj 10

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| BAXTER HEALTHCARE ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court sua sponte. On March 6, 2017, the Court approved the Deferred Prosecution Agreement and the resulting deferral of prosecution for the purpose of allowing Defendant to demonstrate its good conduct [# 11]. The Agreement is effective through July 12, 2019. The Court, however, will require an update on the status of this case.

Accordingly, the Court **DIRECTS** the parties to jointly or separately file a status update of this case.

Signed: July 2, 2018

Dennis L. Howell
United States Magistrate Judge