IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Docket No.: 1:17-mj-00010-DLH-1

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. BAXTER HEALTHCARE CORPORATION, Defendant. | JOINT STATUS REPORT |

By Order dated July 2, 2018, this Court directed the parties to jointly or separately file a status update of the Deferred Prosecution Agreement between Baxter HealthCare Corporation ("Baxter") and the United States. In response to the Court's July 2nd Order, the parties jointly report that, to date, Baxter has complied fully with its obligations under the Deferred Prosecution Agreement.

Dated: July 6, 2018

Respectfully submitted,

R. ANDREW MURRAY
United States Attorney

Jenny Sugar
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1600
Charlotte, NC 28202
Phone: (704) 344-6222

CHAD A. READLER
Acting Assistant Attorney General, Civil
   Division

/s/ Martin L. Brackett, Jr.
Martin L. Brackett, Jr.
N.C. Bar No. 446
mbrackett@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: 704.377.2536
Facsimile: 704.378.4000

Mitchell J. Lazris
Michele W. Sartori

JILL P. FURMAN
Deputy Director

/s/Allan Gordus
Allan Gordus
Senior Litigation Counsel
Shannon Pedersen
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street, NW
Suite 6400 South
Washington, D.C. 20001
Phone: (202) 307-1862
Facsimile: (202) 514-8742
Allan.gordus@usdoj.gov

*Attorneys for United States*

Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004-1109
(202) 637-5600 (telephone)
(202) 637-5910 (facsimile)
Mitch.lazris@hoganlovells.com
Michele.sartori@hoganlovells.com

*Attorneys for Baxter HealthCare Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

    Arnold Allan Gordus , Jr.
    U.S. Department of Justice
    450 Fifth Street, NW
    Suite 6400 South
    Washington, DC 20001
    202-307-1862
    Fax: 202-514-8742
    Email: allan.gordus@usdoj.gov

    Jenny Grus Sugar
    U.S. Attorneys Office
    227 W. Trade Street
    Suite 1650
    Charlotte, NC 28202
    704-344-6222
    Fax: 704-344-6629
    Email: jenny.sugar@usdoj.gov

This 6th day of July, 2018.

                                            /s/ Martin L. Brackett, Jr.
                                            Martin L. Brackett, Jr.