IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 MJ 10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| BAXTER HEALTHCARE CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on the Government's Motion to Dismiss (Doc. 15), which requests that the Information (Doc. 1) filed in this case be dismissed with prejudice pursuant to Federal Rule of Criminal Procedure 48(a). Counsel for Defendant consents to the relief requested. (Doc. 15) at 2.

For the reasons stated therein, the Government's Motion to Dismiss (Doc. 15) is **GRANTED**, and the Information (Doc. 1) is **DISMISSED WITH PREJUDICE**.

Signed: July 22, 2019

W. Carleton Metcalf
United States Magistrate Judge